[No. 9657–5–I.   Division One.   March 14, 1983.]

*In the Matter of the Marriage of* BEATRICE J. WILKERSON, *Respondent, and* AUBREY VERNON WILKERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D–126786, James Keesling, J. Pro Tem., entered November 14, 1980. *Affirmed* by unpublished opinion per Callow, J., concurred in by Durham, A.C.J., and Scholfield, J.

[No. 9806–3–I.   Division One.   March 14, 1983.]

A. J. MUELLER, *Appellant, v.* KENNETH L. ROBERTS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–02507–2, Dennis J. Britt, J., entered December 18, 1980. *Reversed* and *remanded* by unpublished opinion per Williams, J., concurred in by Swanson and Callow, JJ.

[No. 9688–5–I.   Division One.   March 14, 1983.]

BARBARA A. PEARSON, *Appellant, v.* EARL DEBNAM, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 863278, Carolyn R. Dimmick, J., entered November 20, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Callow, JJ.